PP/SCD

# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Larry L. Harmon

vs

(Full name of defendant(s))

Abc 2 News station, Wbay.com (owner)
Greenbay Police Department (Chief officers)
Greenbay Crime Reports (Facebook page Owner)
Jane/John Doe's

Case Number:

24-C-600

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Illinois, and is located at
   (State)

   1261 S. Spring St, Port Washington WI 53704, P.O Box 245
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant Jane/John Doe's, Abc 2 News, Greenbay Police department
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at N/A
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Abc 2 News (First Alert Greenbay), Greenbay Police department
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Abc 2 News reporter (Name Unknown) who reported story Jan. 25, 2021 around 10pm, and supervisor (Name Unknown) who approved story. Also Greenbay Police Officers (Name's Unknown) who arrested me night of Jan. 25th 2021 at 2876 Tradewinds Trail, Howard WI. Jan 25th, 2021 while sitting in my driveway at 2876 Tradewinds Trail, Howard WI around 10:00pm. Greenbay Police Department officers, threatened to shoot me, while sitting in my car in the driveway, of my house if I didn't

"get out of the car". From fear of being shot by police, "especially since previous police killings," I complied and exited my vehicle with my hands up. I was the forceably thrown to the ground, and arrested, and thrown In back of police suv, for reasons unknown. Even when I asked mutiple times what was going on and why I was being arrested I was ignored. Officers (unknown) asked if I had liscense and Insurance. Which I replied "Yes, cause I did have valid liscense and Insurance". I provided It and It was confirmed valid. Officers, then asked to search my car, which I replied No, they may not mainly because how I was being treated. Officers then took my key's from my pocket and Illegaly searched my car. When nothing was found, Another officers asked where are the guns, and I had no clue what he was talking about and replied "What guns, I don't know what your talking about. He then told me of someone, they where just on a police chase with said he stayed at my address. The person they chased →continued

had just crashed, and they recovered a gun. So, they arrested him, and came to the address he gave and saw a car sitting in the driveway and decided to threaten me to get out of the car then arrest me for theft charges. I was arrested and taken to brown county, and sat over the weekend, until I could see a judge. I never saw a judge. I was given a paper that said charges were dismissed and released. I struggled to get home, because my phone and money was in my car back home in the driveway, so I had to walk almost 2 hours home in frezzing cold weather. I made it home, and to my car to discover my Bookbag with clothes, money, second phone, apple watch and shoes was gone. I then looked at my phone to find out that family and friends were contacting me repeatly to see why I was on Abc 2 News, wbay.com, and greenbay crime reports Facebook page, with another individual for stealing cars and a high speed chase with police. I reviewed the News clip to see my full name and Mugshot was on the news, and news site, and Greebay Crime reports Facebook page for breaking in and stealing cars. Which I had nothing to do with in no form. I suffered threats, and a lifetime of embarassment from the situation and constant humiliation. (Defamation of character). Cruel punishment from Greebay police department officers and wrongful incarceration and have all fact of proof of evidence.

Officers who made arrest of me on January 25, 2021 and used excessive force, threaten me and wrongfully arrested and Incarcerated me and took belongings from my car I still have failed to get back even after submitting letter to DA's office In greenbay asking for belongings seized from my car Jan 25th 2021, I seek relief and department itself and chief for Improperly training officers and letting officers enforce such behavior. Also Abc 2 News Station/chanel for defamation of charcter, Wrongfully putting my face and full name on News and Wbay.com site for something I didnt do and had nothing to do with, and Greenbay Crime reports (facebook page) owner for putting my name and picture up for the same and causing people to comment threats and humiliate/embarass me further, Just as Abc 2 News Station and reporter did, and I seek relief for my rights being violated enormously.

Attachment One (Complaint) – 3

Case 2:24-cv-00600-PP    Filed 05/15/24    Page 5 of 7    Document 1

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the courts to serve proper justice for my right being violated and be awarded for damages, from each defendant in money asking for $5,000,000 (5 million) dollars and also injuctive relief of defendants deleting news story and posts from incident on Jan 25th, 2021 and my bookbag with sentimental belongings be returned and they stop harrassing and racial profiling me and others (Greenbay Police Department). Also follow laws and procedure in place when pulling people over and also arresting people. I would also like Abc 2 News to mention I was innocet in that incident on Jan 25th, 2021.

Attachment One (Complaint) – 4

E.  JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
      OR

☐ Court Trial – I want a judge to hear my case

Dated this __7th__ day of __May__ 20__24__.

Respectfully Submitted,

_____
Signature of Plaintiff

__177684_____
Plaintiff's Prisoner ID Number

Ozaukee County Jail, 1201 S. Spring St
PO Box 245, Port Washington WI 53704
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5